UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case |
|---|---|
| Laborers Pension Fund and Laborers Welfare Fund, et al. v. United Demolition, Inc., an Illinois corporation, | FILED: APRIL 29, 2008<br>08CV2442           TG<br>JUDGE ASPEN<br>MAGISTRATE JUDGE DENLOW |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and James S. Jorgensen, Administrator of the Funds

| | |
|---|---|
| SIGNATURE | /s/ Charles Ingrassia |
| FIRM | Office of Fund Counsel, Laborers' Pension and Welfare Funds |
| STREET ADDRESS | 111 W. Jackson Blvd., Suite 1415 |
| CITY/STATE/ZIP | Chicago, IL  60604 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6289806 | TELEPHONE NUMBER  312/692-1540 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |

Case 1:08-cv-02442 Document 4 Filed 04/29/2008 Page 2 of 2