## United States District Court for the Northern District of Illinois

Case Number: 08cv2442        Assigned/Issued By: TG

Judge Name: ASPEN            Designated Magistrate Judge: DENLOW

---

### FEE INFORMATION

Amount Due:   [✓] $350.00     [ ] $39.00      [ ] $5.00
              [ ] IFP         [ ] No Fee      [ ] Other _____
              [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: $350.00          Receipt #: 2734716

Date Payment Rec'd: 4/29/2008    Fiscal Clerk: _____

---

### ISSUANCES

[✓] Summons                          [ ] Alias Summons

[ ] Third Party Summons              [ ] Lis Pendens

[ ] Non Wage Garnishment Summons     [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons    _____
                                          _____
                                          (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

__1__ Original and __0__ copies on __04/29/2008__ as to __United Demolition Inc__
                                        (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05