**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Laborers' Pension Fund, et al.
                                   Plaintiff,

v.                                                           Case No.: 1:08–cv–02442
                                                           Honorable Marvin E. Aspen

United Demolition, Inc.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

     MINUTE entry before Judge Honorable Marvin E. Aspen dated 5/1/08:Status hearing set for 6/19/2008 at 10:30 AM., in Courtroom 2525. The plaintiffs are to notify the defendant(s) of status date.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.