UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LARORERS' PENSION FUND, ET AL.<br><br>PLAINTIFF(S)<br><br>vs.<br><br>UNITED DEMOLITION, INC.<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>08C2442<br><br><br>SERVICE DOCUMENTS:<br>SUMMONS & COMPLAINT |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **May 27, 2008**, at **12:50 PM**, I served the above described documents upon **UNITED DEMOLITION, INC.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **JAMES CROWLEY / REGISTERED AGENT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **350 N LASALLE ST., STE 900, CHICAGO, IL 60610.**

**DESCRIPTION:** Gender: **M**   Race: **WHITE**   Age: **55**   Hgt: **5'10"**   Wgt: **210**   Hair: **RED**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Steven A Stosur, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 28th day of May, 2008

*[signature: Joan C. Harenberg]*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

CLIENT NAME:
Laborers Pension and Welfare Funds*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
38396