**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Laborers' Pension Fund, et al.
                    Plaintiff,

v.                                                    Case No.: 1:08−cv−02442
                                                      Honorable Marvin E. Aspen

United Demolition, Inc.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 21, 2008:

    MINUTE entry before the Honorable Marvin E. Aspen:Status hearing held on 8/21/2008, and continued to 9/25/2008 at 10:30 AM., for report on settlement. Defendants oral motion to continue the stay for filing of answer or other responsive plead to plaintiff's complaint until further order of court is granted. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.